NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IYM TECHNOLOGIES LLC,**
*Appellant*

**v.**

**RPX CORPORATION, ADVANCED MICRO DEVICES, INC.,**
*Appellees*

---

2019-1762

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01888.

---

Before LOURIE, MOORE, and HUGHES, *Circuit Judges.*

PER CURIAM.

## O R D E R

RPX Corporation petitioned for inter partes review of claims of 1–11, 13, and 14 of U.S. Patent 7,448,012, owned by IYM Technologies LLC.  After that review, the Patent Trial and Appeal Board ("the Board") held that claims 1–9, 11, 13, and 14 of the '012 patent are unpatentable. *See RPX Corp. v. IYM Techs. LLC*, No. IPR2017-01888 (PTAB March 6, 2019).  IYM appeals.

In a separate appeal, we recently affirmed a decision by the Board holding claims 1–14 of the same '012 patent unpatentable.  *IYM Techs. LLC v. RPX Corp.*, No. 19-1761 (Fed. Cir. March 9, 2020).

IT IS ORDERED THAT:

Accordingly, this appeal is dismissed as moot in light of our affirmance in *IYM Techs. LLC v. RPX Corp.*, No. 19-1761 (Fed. Cir. March 9, 2020), which invalidated all of the claims at issue in this appeal.

FOR THE COURT

March 13, 2020          /s/ Peter R. Marksteiner
    Date                Peter R. Marksteiner
                        Clerk of Court